## (May 6, 1976)

■ In the Matter of 320 W. 17TH ST., INC., et al., Respondents, v

HOUSING AND DEVELOPMENT ADMINISTRATION OF THE DEPARTMENT OF RENT AND HOUSING MAINTENANCE, OFFICE OF RENT CONTROL, Appellant, and EVARISTA VALLE et al., Intervenors-Appellants.—Judgment, Supreme Court, New York County, entered on August 6, 1975, unanimously affirmed for the reasons stated by Hughes, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Capozzoli, Lane and Yesawich, JJ.